```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 26464
    ISREAL LEE PIERSON III
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8318

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/16/2004 and was confirmed 09/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AARONS SALES & LEASING       SECURED             450.00          33.70           450.00
AARONS SALES & LEASING       UNSECURED       NOT FILED             .00              .00
WELLS FARGO AUTO FINANCE     SECURED           19100.00        1663.80         19100.00
WELLS FARGO AUTO FINANCE     UNSECURED          1333.81            .00          1333.81
CHECK N GO                   UNSECURED           614.20            .00           614.20
CHECK TO GO                  UNSECURED       NOT FILED             .00              .00
CITY OF CHICAGO PARKING      UNSECURED          2095.00            .00          2095.00
ARNOLD SCOTT HARRIS          NOTICE ONLY     NOT FILED             .00              .00
PREMIER BANCARD CHARTER      UNSECURED           374.20            .00           374.20
PETER FRANCIS GERACI         DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                   TRUSTEE                                            1,681.61
DEBTOR REFUND                REFUND                                                92.19

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              30,138.51

PRIORITY                                             .00
SECURED                                        19,550.00
    INTEREST                                    1,697.50
UNSECURED                                       4,417.21
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,681.61
DEBTOR REFUND                                      92.19
                     --------------         --------------
TOTALS               30,138.51                 30,138.51



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 26464 ISREAL LEE PIERSON III
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE